UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-8800-KK-BFM** | Date: | December 20, 2024 |
|---|---|---|---|

Title: *Fanning v. Doerer*

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause as to Why Matter Should Not be Dismissed as Moot

On October 11, 2024, Petitioner Travis Fanning filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241 ("Section 2241"). ECF Docket No. ("Dkt.") 1. Petitioner seeks "Medical Assisted Treatment"[1] while in the custody of the Bureau of Prisons ("BOP") and notes his release date of November 15, 2024. Id. The Court's review of the BOP website appears to confirm that Petitioner has, in fact, been released from BOP custody.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE in writing no later than December 31, 2024 as to why the instant action should not be dismissed as MOOT. Petitioner is expressly warned that failure to timely respond to this Order will result in the case being dismissed.

**IT IS SO ORDERED**.

---

[1] The Court further notes that in light of Petitioner's claims and request for relief, the instant action does not appear to be properly filed under Section 2241. Additionally, on October 11, 2024, the Clerk of Court issued a Notice of Discrepancies informing Petitioner to pay the filing fees in full within 30 days, or submit a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support. Dkt. 2. Petitioner was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. Id. To date, Petitioner has not complied with these instructions.