UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-8800-KK-BFM** | Date: | January 16, 2025 |
| Title: | *Fanning v. Doerer* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order DISMISSING Petition as Moot

   On October 11, 2024, Petitioner Travis Fanning filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241 ("Section 2241"). ECF Docket No. ("Dkt.") 1. Petitioner seeks "Medical Assisted Treatment"[1] while in the custody of the Bureau of Prisons ("BOP") and notes his release date of November 15, 2024. Id. Petitioner specifically claimed, "Respondent's Health Services will not start the program until after his release on November 15, 2024."

   On December 20, 2024, the Court issued an Order to Show Cause directing Petitioner to respond in writing no later than December 31, 2024, as to why the instant action should not be dismissed as moot. Dkt. 4. Petitioner was expressly warned that failure to timely respond to the OSC "will result in the case being dismissed." Id.

///

///

---

   [1] The Court further notes that in light of Petitioner's claims and request for relief, the instant action does not appear to be properly filed under Section 2241. Additionally, on October 11, 2024, the Clerk of Court issued a Notice of Discrepancies informing Petitioner to pay the filing fees in full within 30 days or submit a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support. Dkt. 2. Petitioner was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice. Id. To date, Petitioner has not complied with these instructions. The matter is, therefore, subject to dismissal on these additional grounds.

On January 6, 2025, the OSC sent to Petitioner's address on record, i.e., FCI Victorville Medium II, was returned as undeliverable.[2]  Dkt. 5.

Accordingly, because the issues raised and the relief sought are moot, this matter **is HEREBY DISMISSED.  The Clerk is directed to send a copy of this Order to Petitioner at his address of record and:**

**RRM Chicago
RESIDENTIAL REENTRY OFFICE
1901 BUTTERFIELD ROAD, SUITE 130
DOWNERS GROVE, IL  60515**

**IT IS SO ORDERED**. (JS-6)

---

[2] The Court's most recent review of the BOP Inmate Locator Website indicates Petitioner is now at a halfway house, Chicago RRM.